IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OTIS HEATH and LATASHALA HEATH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05CV94-M [WO] |
| FIRST FAMILY FINANCIAL SERVICES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

On 25 April 2005, the parties filed a Joint Stipulation of Dismissal (Doc. # 15). Upon the court's review of the joint stipulation, it is ORDERED and ADJUDGED as follows:

1    This action is hereby dismissed with prejudice,

2.    Each party shall bear his own costs in this action.

The clerk of court is DIRECTED to TERMINATE all pending motions in this case, denied as moot.

DONE this 28th day of April, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE